**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**
**SENTENCING HEARING MINUTES**

Date: 5/4/2026                                   Case #: 3:24-cr-00222-MPS                          Dft #: 9

Honorable Judge  Michael P. Shea

**UNITED STATES OF AMERICA**                     Deputy Clerk: C. Sichanh

v.                                               AUSA: Andrew Reed Durham

Jose C. Rivera                                   Counsel for Defendant: Ronald Johnson

■ Retained     □ CJA     □ FPD

Start Time: 10:02AM   End Time: 11:12AM          USPO: Lauren Harte

Recess (if more than ½ hr): _____ to _____  Reporter/Courtsmart: J. Monette

Interpreter: _____ Language: _____

Total Time: 1  hour(s)  10  minute(s)

---

■ Sentencing ■ held _____ (time)  □ held in abeyance  □ continued until _____ at _____
■ Motion Hearing held _____(time)  □ defendant failed to appear  □ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

□ Court departs □upward from guidelines □ downward from guidelines
   □ To time served □ on Count(s) _____ of the □ Superseding □ Indictment □ Information
   ■ To 6  month(s) _____ year(s) imprisonment □ as to a lesser included offense ■ on Count(s) 1
   of the □ Superseding ■ Indictment □ Information
   ■ To 60  month(s) _____ years(s) imprisonment □as to a lesser included offense■ on Count(s) 16
   of the □ Superseding ■ Indictment □ Information
■ Sentence on Count(s) 1  shall run □concurrently ■ consecutively to:
   ■ sentence imposed on Count(s) 16  □ state sentence
□ Defendant shall get credit for time served
■ Court recommends incarceration at  FCI Danbury or as close to CT as possible
□ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)
■ Defendant ordered to self-surrender on 7/6/2026  by _____ to the designated facility or USMS office.
□ Bond □ continued □ set at $_____
□ Defendant remanded to the custody of the US Marshal
■ Upon release the dft shall be placed on supervised release for _____ month(s) 3  years(s) on Count(s) 1
■ Upon release  the dft shall be placed on  supervised  release for _____ month(s) 3  years(s) on Count(s) 16
□ Defendant sentenced to probation for a term of _____ month(s) _____ years(s)
□ Defendant shall pay a fine of $_____ on Count(s) _____ to be paid by _____ in installments of
   _____ per _____ for a total of $_____
■ Special Assessment of □$25 □ $50 ■ $100 is imposed as to ■ each of Count(s) 1 and 16  for a total of
   $ 200  to be paid immediately
□ Defendant shall pay restitution in the amount of _____ □ payable at the rate of $_____ per month
   □ payable to _____
□ Proposed restitution order to be filed 90 days from today
■ Govt's motion for order of forfeiture ■ filed ■ granted □ denied □ to be filed
■ Govt's ■ oral motion to dismiss remaining count(s) □ filed ■ granted □ denied □ to be filed
■ Govt's ■ oral motion for acceptance of responsibility □ filed ■ granted □ denied          Page 1 of 2

☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement
☐ Motion for _____ ☐ filed by _____ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF ▣ SUPERVISED RELEASE ☐ PROBATION**

▣ Mandatory conditions number(s): _1,2,4,6 and 8_____

▣ Standard Conditions

▣ Special conditions are imposed as stated on the record and in the judgment

☐ Other: